IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-CR-00210-KJN |
| ) | |
| Plaintiff, ) | ORDER TO CONTINUE TRIAL AND |
| ) | TRIAL CONFIRMATION HEARING |
| v. ) | |
| ) | DATE: December 16, 2015 |
| JAMES A. CHAVEZ, ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Kendall J. Newman |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

ORDER

It is hereby ordered that the trial presently set for January 19, 2016, at 9:00 a.m., be continued to February 29, 2016, at 9:00 a.m., and the trial confirmation hearing present set for December 16, 2015, at 9:00 a.m., be continued to February 3, 2016, at 9:00 a.m. The time from January 19, 2016, to February 29, 2016, shall be excluded from the calculation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i) and Local Code T1 and 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T4.  The Court finds that the ends of justice served by a continuance as requested

outweigh the best interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Dated: November 9, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE