IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | 2:15-CR-00210-KJN |
| ) | |
| Plaintiff,      ) | ORDER TO CONTINUE TRIAL |
| ) | CONFIRMATION HEARING |
| v.      ) | |
| ) | DATE: February 3, 2016 |
| JAMES A. CHAVEZ,      ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Kendall J. Newman |
| Defendant.      ) | |
| ) | |
| ) | |
| ) | |

ORDER

It is hereby ordered that the trial confirmation hearing presently set for February 3, 2016, at 9:00 a.m., be continued to February 10, 2016, at 9:00 a.m.

Dated:  February 2, 2016

_____

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE