1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                          No.  2:15-cr-0210-KJN

12                  Plaintiff,

13                                                       ORDER
             v.

14
     JAMES A. CHAVEZ,
15

16                  Defendant.

17

18          On February 10, 2016, the court conducted a trial confirmation hearing in this matter.

19   Attorney Benjamin Nelson appeared on behalf of the United States, and attorney Steve

20   Whitworth, who recently substituted in as counsel for defendant, appeared on behalf of defendant.

21   After further discussion with the parties at the hearing, and for the reasons stated on the record, IT

22   IS HEREBY ORDERED that:

23          1.  Mr. Whitworth shall pay the Clerk of Court $100.00 in monetary sanctions within

24              seven (7) days of this order, based on his failure to appear at the trial confirmation

25              hearing on time.  Mr. Whitworth shall not directly or indirectly attempt to recover

26              such sanctions from his client.

27          2.  Defendant shall file his contemplated dispositive pretrial motion no later than

28              February 18, 2016, at 4 p.m.  The United States' opposition shall be due on March 1,

                                                    1

2016, at 4 p.m.  Any reply brief shall be due March 3, 2016, at 4 p.m.  A hearing on defendant's pretrial motion is set for March 9, 2016, at 9 a.m., in Courtroom No. 25 before the undersigned.

3.  Any motions in limine shall be filed no later than March 14, 2016, at 4 p.m. Oppositions to the motions in limine are due March 21, 2016, at 4 p.m.  Any reply briefs are due March 28, 2016, at 4 p.m.

4.  Trial briefs are due March 28, 2016, at 4 p.m.

5.  Proposed jury instructions are due March 28, 2016, at 4 p.m.[1]

6.  Proposed voir dire is due March 28, 2016, at 4 p.m.

7.  Proposed verdict forms are due March 28, 2016, at 4 p.m.

8.  Exhibit lists and witness lists are due April 1, 2016, at 4 p.m.

9.  A jury trial is set for April 4, 2016, at 9 a.m., in Courtroom No. 25 before the undersigned.  The trial is expected to take approximately 3-4 days.  The court intends to address any motions in limine, initial jury instructions, voir dire, and other housekeeping matters at 9 a.m. on April 4, 2016.[2]

IT IS SO ORDERED.

Dated:  February 11, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court encourages the parties to consider submitting joint proposed jury instructions, if they are able to reach agreement as to some or all of the proposed instructions.  The parties are advised that the court's general preference is to use the language of the Ninth Circuit's model jury instructions, where appropriate.

[2] Nothing in this order should be construed so as to shift the burden of proof to defendant, or so as to require defendant to present any evidence, file any motions, submit proposed instructions, etc. Although defendant may voluntarily choose to do so by the imposed deadlines, defendant is not required to do so.