UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. CHAVEZ,<br><br>Defendant. | No. 2:15-cr-0210-KJN<br><br>ORDER |

In the interests of judicial efficiency and economy, the court finds it appropriate to set a special briefing schedule and hearing with respect to certain pending motions in limine and other pretrial matters. Accordingly, IT IS HEREBY ORDERED that:

1. A special hearing on the United States' motion in limine to exclude information related to medical marijuana and California law (ECF No. 20), defendant's request for judicial notice (ECF No. 25), and defendant's request to assert the affirmative defense of mistake of fact (ECF No. 28) is set for Thursday March 24, 2016, at 10:00 a.m., in Courtroom No. 25 before the undersigned.

2. Defendant himself, defendant's counsel, and counsel for the United States shall personally appear on the date and time of that hearing.

3. Respective oppositions to the above-mentioned filings shall be filed no later than

1

1       March 21, 2016, at 4:00 p.m.  No further briefing will be permitted, unless specifically

2       requested by the court.  Any untimely or unauthorized filings will not be considered.

3   4.  All other pending motions and matters shall continue to be briefed and heard in

4       accordance with the court's February 11, 2016 order.

5   5.  The parties are reminded that the deadline to file motions in limine and other pretrial

6       motions has now expired.[1]

7   IT IS SO ORDERED.

8 Dated:  March 16, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's "request to assert the affirmative defense of mistake of fact" was filed after the motion in limine deadline, was not noticed for a hearing, and was filed without a stipulation regarding a briefing schedule as ordered by the court.  (ECF No. 28.)  Because defendant's filing relates to matters raised in a motion in limine timely filed by the United States, the court exercises its discretion to hear the matter.  Nevertheless, defendant is cautioned that future untimely and unauthorized filings will result in the imposition of sanctions.