IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES A. CHAVEZ,<br><br>    Defendant. | 2:15-CR-00210-KJN<br><br>ORDER TO COMPEL DISCOVERY OR EXCLUDE EVIDENCE<br><br>DATE: April 4, 2016<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Kendall J. Newman |

<u>ORDER</u>

It is hereby ordered that the defendant shall provide reciprocal discovery to the United States pursuant to Federal Rule of Criminal Procedure 16. If the defendant fails to provide such discovery by March 28, 2016, all such evidence shall be excluded from the trial.

Dated:  March 24, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE