UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. CHAVEZ,<br><br>Defendant. | No. 2:15-cr-210-KJN<br><br>ORDER |

On March 28, 2016, the court orally denied defendant's request to assert the affirmative defense of mistake of fact, denied defendant's request for judicial notice, and granted the United States' motion in limine to exclude information related to medical marijuana and California law. Those rulings are memorialized in a separate written order.

Following the court's rulings, and further discussions between the parties, the parties requested the court to vacate the April 4, 2016 jury trial and set the case for a change of plea. Accordingly, IT IS HEREBY ORDERED that:

1. The April 4, 2016 jury trial is VACATED.
2. All pending motions in limine and other trial-related requests (ECF Nos. 21, 22, 23, 26) are DENIED WITHOUT PREJUDICE as moot.
3. A change of plea hearing is scheduled for April 4, 2016, at 9:00 a.m., in Courtroom

1

No. 25 before the undersigned. Counsel for the United States, counsel for defendant, and defendant himself shall personally appear at that hearing.

4. No later than March 31, 2016, at 12:00 p.m., the parties shall file a joint statement advising the court of the nature of proceedings contemplated at the change of plea hearing, including: (a) whether the court should proceed with immediate sentencing or should schedule a sentencing hearing for some point thereafter; (b) whether the parties desire an opportunity to submit written briefing and materials with respect to sentencing and/or if an evidentiary hearing relevant to sentencing should be conducted; and (c) any disputed issues between the parties.

IT IS SO ORDERED.

Dated: March 29, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE